[No. 56244-4-I.   Division One.   May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN MANUEL GARCIA, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-011403-8, Ira Uhrig, J., entered April 26, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56250-9-I.   Division One.   May 1, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. FELIX REPILADO MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-09813-7, Theresa B. Doyle, J., entered April 26, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56613-0-I.   Division One.   May 1, 2006.]

DONALD WINSTON, *as Personal Representative, Respondent,* v. RONALD MYERS ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-08687-6, Michael Hayden, J., entered June 27, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 24213-7-III.   Division Three.   May 2, 2006.]

LOUIS VEGA, *Appellant,* v. PRE-VOCATIONAL TRAINING CENTER, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-02927-3, Jerome J. Leveque, J., entered May 20, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Thompson, J. Pro Tem.